IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Chosen Figure LLC,

        Plaintiff,

    v.

Uproxx LLC,

        Defendant.

Case No: 2:23-cv-8939

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Chosen Figure LLC.

Dated: October 24, 2023

        **Sanders Law Group**

        By:   */s/ Jacqueline Mandel*
        Jacqueline Mandel, Esq.
        333 Earle Ovington Boulevard, Suite 402
        Uniondale, NY 11553
        Tel: (516) 203-7600
        Email: jmandel@sanderslaw.group
        File No.: 128280
        *Attorneys for Plaintiff*